472

CLARK *v.* GEORGIA RAILROAD BANK AND TRUST CO., trustee, *et al.*

PER CURIAM. Under the provision of the Code, § 57-110, that "All liquidated demands, where by agreement or otherwise the sum to be paid is fixed or certain, bear interest from the time the party shall become liable and bound to pay them," the widow in this case, to whom the appraisers set apart the sum of six thousand dollars as a year's support, is entitled to interest at seven per cent. on this sum from the date of the award; and the court erred in holding otherwise.

*Judgment reversed. All the Justices concur except Beck, P. J., who dissents, and Gilbert, J., disqualified.*

No. 11024.   MAY 14, 1936.

474

*Fleming & Fleming,* for plaintiff in error.

*Cumming, Harper & Nixon* and *Lee, Congdon & Fulcher,* contra.